THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,               
Respondent,
 
 
 

v.

 
 
 
Horace Rodney
Bell,               
Appellant.
 
 
 

Appeal From Aiken County
James C. Williams, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-230
Submitted April 1, 2005  Filed April 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Horace Rodney Bell pled guilty to possession with intent to distribute cocaine.  He was sentenced to seven years, suspended upon the service of eighteen months, plus two years probation.  Bells appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Bell did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.